DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LILIAN HYTOWER,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D2025-1703

[March 12, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2025-CC-002362-XXXA-MB.

Lilian Hytower, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***